**Order entered July 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

**BILLY JOE CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-81619-2012**

## ORDER

Before the Court is appellant's July 23, 2015 motion for an extension of time to file his brief. We **GRANT** the motion. Appellant's second-amended brief, tendered to the Court on July 22, 2015, is deemed filed as of the date of this order.

/s/     CRAIG STODDART
PRESIDING JUSTICE